UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. Tavareze L. Mitchell                               Docket No. 5:13-MJ-1140-1

Petition for Action on Probation

COMES NOW Mark L. Culp, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Tavareze L. Mitchell, who, upon an earlier plea of guilty to Driving While Impaired – Level 1 in violation of 18 USC § 13 assimilating NCGS 20-138.1, was sentenced by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge on November 5, 2014, to 12 months probation under the conditions adopted by the court. Additionally, the defendant was ordered to serve 30 days confinement as a special condition of probation.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant was turned away from completing his court ordered jail sanction, due to tardiness for a self-report date. He had already served 21 days of the court ordered confinement. The Bureau of Prisons advised that an additional court order would be required before they would allow designation.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

The offender shall be allowed to complete the remaining nine days of confinement in the Bureau of Prisons as originally ordered by the court.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert K. Britt | /s/ Mark L. Culp |
| Robert K. Britt | Mark L. Culp |
| Senior U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: 910-483-8613 |
| | Executed On: April 27, 2015 |

**ORDER OF THE COURT**

Considered and ordered this 28 day of April, 2015 and ordered filed and made a part of the records in the above case.

Robert B. Jones, Jr.
U.S. Magistrate Judge